UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| OMAR QAZI,<br><br>　　　　　Petitioner,<br>　v.<br>WARDEN JANICE KILLIAN, et al.,<br><br>　　　　　Respondents. | Case No. 2:18-cv-00438-GMN-GWF<br><br>ORDER |

Omar Qazi, a federal pretrial detainee, has filed a *pro se* habeas corpus petition pursuant to 28 U.S.C. § 2241 (ECF No. 1). He states that he is in federal custody pending trial in case no. 2:15-cr-00014-APG-VCF. Qazi states that he seeks to challenge the March 5, 2015 detention order in his criminal case (2:15-cr-00014-APG-VCF, ECF No. 14). The docket in the criminal case reflects that he has counsel. Qazi must challenge the detention order in his underlying criminal case. Accordingly, this petition is dismissed for failure to state a claim for which relief may be granted.

**IT IS THEREFORE ORDERED** that the petition is **DISMISSED**.

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.

**IT IS FURTHER ORDERED** that the Clerk shall enter judgment accordingly and close this case.

DATED: 13 April 2018.

_____
GLORIA M. NAVARRO, CHIEF JUDGE
UNITED STATES DISTRICT COURT

1